## RECORD OF MAGISTRATE'S PROCEEDINGS

| UNITED STATES OF AMERICA | MAGISTRATE'S DOCKET NUMBER | |
|---|---|---|
| vs | DATE OF COMPLAINT | |
| David Mais | CRIMINAL DOCKET NUMBER | Cr. 00-54 |
| | DATE OF INDICTMENT | 03/28/2000 |
| | STATUTE: | 18:1956 |
| DATE ARRESTED: | | 21:841 + 846 |

### INITIAL APPEARANCE

| Before | ☐ LENIHAN | ☐ CAIAZZA | Date: 6/16/06 | CD # |
| Magistrate | ☒ MITCHELL | ☐ BAXTER | Time: 1:00 | Tape Index: |
| | ☐ HAY | ☐ PESTO | 1:21 — | |

U.S. ATTORNEY: Gregory Nescott

1. RIGHTS EXPLAINED

2. COMPLAINT/INDICTMENT/INFORMATION:
   - ✓ Read
   - ☐ Summarized
   - ☐ Reading waived
   - ☐ Defendant provided with a copy of the charges
   - ☐ Defendant to be provided with a copy of the charges as soon as possible

3. ACT & PENALTIES
   - ☐ Read
   - ✓ Summarized
   - ☐ Reading waived

4. COUNSEL
   - ✓ Defendant requested appointment
   - ☐ Defendant waived appointment
   - ☐ Defendant represented by: _____
   - ☐ Defendant expects to retain: _____
   - ✓ Affidavit executed
   - ☐ Not Qualified
   - ☐ Qualified
   - ☐ with possible requirement for partial or full payment
   - ☐ Federal Public Defender appointed
   - ☐ CJA Panel Attorney _____ appointed

5. BAIL
   - Recommended Bond: Request for detention
   - Bond Set at:
   - ☐ By Consent    ☐ Additional Conditions Imposed: _____
   - ☐ By Magistrate
   - ☐ Bond Posted
   - ☐ Temporary Commitment issued    ☐ Final Commitment issued
   - Bond Review Hearing Set For:
   - Detention Hearing Set For:

6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT

   Preliminary Exam/Rule 40/Arraignment set for 6/23/06 at 10:00   Before Magistrate Judge Lenihan

ADDITIONAL COMMENTS