IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff )<br>)<br>v. )<br>DAVID MAAS )<br>Defendant ) | Case No. 00-54 |

I understand that I have the right to a detention hearing in connection with the federal charges that have been brought against me.

I hereby waive my right to a detention hearing at this time reserving the right to request a detention hearing if and when the issue becomes relevant.

_____
DEFENDANT

DATE: 6-16-06

_____
COUNSEL FOR DEFENDANT

ORDER

AND NOW, this 16th day of June, 2006

IT IS HEREBY ORDERED that the government's motion for detention is granted pending further consideration if and when the issue of bail becomes relevant.

_____
ROBERT C. MITCHELL
United States Magistrate Judge