IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 00-54 |
| ) | |
| DAVID MAIS  ) | |

ARRAIGNMENT PLEA

Defendant DAVID MAIS

being arraigned, pleads **NOT GUILTY**

in open Court this **23rd** day of

**June**, 20**06**.

_____
(Defendant's Signature)

_____
(Attorney for Defendant)

FILED

JUN 23 2006

CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA