IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 00-54
)
DAVID MAIS )

## CERTIFICATION AND NOTICE FOR FILING PRETRIAL MOTIONS

I hereby certify that I have been notified by the United States Magistrate Judge that all pretrial motions must be filed within ten (10) days of Arraignment unless the Court extends the time upon written application made within said ten (10) day period.

6/23/06
Date

_____
Attorney for Defendant
DAVID MAIS

FILED
JUN 23 2006
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA