```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA    )
                            )
        v.                  )   Criminal No. 00-54
                            )
DAVID MAIS                  )


### RECEIPT FOR LOCAL CRIMINAL RULE 16.1 MATERIAL

The following materials are provided to you pursuant to Local Criminal Rule 16.1 of the Local Rules of Court for the United States District Court of Western Pennsylvania:

1. Relevant written or recorded statements or confessions of the defendant. Specify:

    Pennsylvania State Police Report - 2/15/97 (2-Pages);
    Pennsylvania State Police Report - 2/21/97 (2-Pages);
    Pennsylvania State Police Report - 3/10/97 (2-Pages);
    Pittsburgh Police Report - 3/6/97 (3-Pages).

    David Mais was debriefed several times in March, May and June of 1997. Copies of these debriefings will be provided within 7 days.

2. Grand Jury testimony of the defendant. Specify:

    None.

3. Defendant's prior criminal record attached.

    __✓__ Yes          _____ No

    NCIC Report - 6/21/06 (6-Pages).

    Also attached is a record of conviction from the Westmoreland County Court of Common Pleas (3-Pages).

4. At a time convenient to all parties, the attorney for the defendant will be permitted to inspect and copy all tangible objects, books, papers, documents, buildings or

FILED
JUN 2 3 2006
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

>places which are in the possession, custody or control of the government and (a) are material to preparation of defendant's defense, (b) are intended for use by the government as evidence in chief at trial, or (c) were obtained from or belong to the defendant.

5. Reports of relevant physical or mental examinations and scientific tests. Specify:

   IRS Lab Report - 7/13/99 (3-Pages).

   A copy of a Pennsylvania State Police Lab Report has been requested, and will be provided upon receipt.

6. Evidence favorable to the defendant. Specify:

   None.

7. Additional document being provided:

   a. Western Union Wire Transmittal Forms - Exhibits 1-30

   b. Search Warrant - 5500 Margaretta Street, Apt. 206 - 3/6/97;

   c. Inventory of Search at Margaretta Street;

   d. Inventory of search at 439 Sapphire Way - 3/6/97.

_____
Counsel for Defendant

_____6/23/06_____
Date

Original to Magistrate
Copy for Defendant and USA