IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA ) Criminal No. _00-54_
v. ) Judge _David S. Carcone_
) Magistrate Judge Lisa Pupo
_DAVID MAIS_ ) Lenihan
_10:35 - 10:45_

## MAGISTRATE JUDGE'S REPORT OF ARRAIGNMENT

Defense Counsel: _John Knorr_    AUSA: _Almon Burke_

Date of arraignment: _6/23/06_

**FILED**
**JUN 23 2006**
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

2. Defendant is:  _X_ incarcerated.
                  ___ on bond.

3. Defendant entered a plea of _not guilty_

4. The parties were advised that all pretrial motions must be filed within ten (10) days.

5. A Rule 16 conference:  _X_ has been held
                          ___ has not been held.

6. Discovery is _X_ completed    ___ not completed.

7. Defendant has requested to be tried by: _X_ Jury
                                           ___ non-Jury.

8. All parties have been advised that the matter:
   ___ has been scheduled for trial for _____
   _X_ has not been scheduled for trial.
   ___ has not been scheduled for trial, but will be notified.

9. Estimated trial length: _6 days_.

10. Defendant _X_ has been processed by US Marshal ...
              ___ has not been processed by US Marshal, but has been advised to be processed.

_Lisa Pupo Lenihan_
U. S. Magistrate Judge

cc: Judge _Carcone_