```
                  IN THE UNITED STATES DISTRICT COURT
               FOR THE WESTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA        )
                                )
         vs.                    )  CRIMINAL NO.:  00-54
                                )
DAVID MAIS                      )
```

## MOTION FOR ENLARGEMENT OF TIME
## WITHIN WHICH TO FILE PRETRIAL MOTIONS

AND NOW, comes the defendant, David Mais, by his attorney, John A. Knorr, Esquire, and JOHN KNORR LAW, and makes the within Motion for Enlargement of Time Within Which to File Pretrial Motions and in support thereof, avers as follows:

1. The defendant has been indicted at the above number and term and charged with violation of the drug laws of the United States of America.

2. The defendant was arraigned on these charges on June 23, 2006, and the case has been assigned to Judge Cercone.

3. Pretrial motions are due to be filed on or before July 3, 2006.

4. Defense counsel needs additional documents which are to be produced by the Assistant United States Attorney, Gregory Nescott, in order to finalize preparation of pre-trial motions in this matter.

WHEREFORE, it is respectfully requested that this Honorable Court enlarge the time for filing pretrial motions by fifteen days or until July 18, 2006.

                                        Respectfully submitted,

                                        ___s/John A. Knorr___  
                                        John A. Knorr, Esquire  
                                        Attorney for Defendant  
                                        JOHN KNORR LAW  
                                        1204 Frick Building  
                                        437 Grant Street  
                                        Pittsburgh, PA 15219  
                                        (412) 261-1186  
                                        Pa. I.D. 19803  
                                        jknorr@johnknorrlaw.com