IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | 2:00cr54 |
| ) | Electronic Filing |
| DAVID MAIS ) | |

## ORDER OF COURT

AND NOW, this 6 day of July, 2006, defendant having moved for an extension of time within which to file pretrial motions and the court having given the matter due consideration, IT IS HEREBY ORDERED that defendant's motion (Document No. 14) is GRANTED. The defendant shall file his pretrial motions on or before July 18, 2006.

IT IS FURTHER ORDERED that the time from July 3, 2006, through July 18, 2006, be deemed excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161 et seq. Specifically, the court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. 18 U.S.C. § 3161 (h)(8)(A). For the reasons stated in defendant's motion, the failure to grant such a continuance would deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS FURTHER ORDERED that pursuant to Local Criminal Rule 12.1(c) the government shall file a response and accompanying brief to any pretrial motions within ten (10) days of the date of service.

_____
David Stewart Cercone
United States District Judge

cc:   Gregory J. Nescott AUSA

John A. Knorr, Esquire
1204 Frick Building
437 Grant Street
Pittsburgh, PA 15219