IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CRIMINAL NO.: 00-54 |
| | ) |
| DAVID MAIS | ) |

**ORDER OF COURT**

AND NOW, to-wit this _____ day of _____, 2006, upon consideration of the within Motion, the prayer for relief is granted and it is ORDERED that the period of time in which to file pre-trial motions is hereby enlarged until August 17, 2006.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §§ 3161(h)(1)(F), the period of delay resulting in this extension shall be excluded in computing the time within which the trial of the above-captioned action must commence because the court finds that the extension of time for the filing of defendant's pretrial motions is necessary to enable counsel for defendant adequately to prepare for trial, and the court concludes that the ends of justice served by granting the extension of time outweigh the interests of the public and defendant in a speedy trial.

BY THE COURT:

_____
J.