IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL NO.: 00-54 |
| ) | |
| DAVID MAIS, ) | |
| ) | |
| Defendant ) | |

**MOTION FOR LEAVE TO FILE A DOCUMENT UNDER SEAL**

AND NOW, comes the defendant, David Mais, by his attorney, John A. Knorr, Esquire, and JOHN KNORR LAW, and makes the within Motion and in support thereof, avers as follows:

1. Due to sensitive information contained in the defendant's document, including a copy of the defendant's Pre-Sentence Investigation Report from the Western District of North Carolina, undersigned counsel respectfully requests that defendant's document and its order be filed under seal.

WHEREFORE, it is respectfully requested that this Honorable Court allow defendant's document to be filed under seal.

Respectfully submitted,

___s/John A. Knorr_____
John A. Knorr, Esquire
Attorney for Defendant
JOHN KNORR LAW
1204 Frick Building
437 Grant Street
Pittsburgh, PA 15219
(412) 261-1186
Pa. I.D. 19803
jknorr@johnknorrlaw.com