IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CRIMINAL NO.: 00-54 |
| | ) |
| DAVID MAIS | ) |

### ORDER OF COURT

AND NOW, to-wit this **17th** day of **August**, 2006, upon consideration of the within Motion to Seal, the prayer for relief is granted and it is ORDERED that the Motion to Dismiss Indictment for Violation of Defendant's Right to Due Process, Defendant's Right to a Speedy Trial, and for Being Placed Twice in Jeopardy with Citations of Authority shall be filed Under Seal.

BY THE COURT:

_____
J.