IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 00-54 |
| ) | |
| DAVID MAIS ) | |

## ORDER

AND NOW, to wit, this _____ day of _____, 2006, upon consideration of the Motion for an Extension of Time, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.  The government's response to all pretrial motions will be due on or before September 11, 2006.

The Court further finds that, pursuant to 18 U.S.C. § 3161(h)(1)(F), this extension of time is excludable time, and pursuant to § 3161(h)(8)(A), the Court finds that the ends of justice served by any period of delay resulting from this extension of time to file pretrial motions outweigh the best interest of the public and of the Defendant in a speedy trial.

_____
UNITED STATES DISTRICT JUDGE

cc:  U.S. Attorney