To: Mr. Gregory Nescott,
Assistant United States Attorney,
633 United States P.O. and Courthouse,
Grant Street, Pittsburgh P.A. 15219

FR: David Mais
D.O.C. 70896 Pod 6E
Allegheny County Jail
950 2nd. Avenue Pgh. P.A. 15219-3100

My name is David Mais Dockett number: 3:96 CR 42 for the Western District of North Carolina, Charlotte Division. I am writing to you because I don't know where I stand in my North Carolina case. I think I was misled into signing a plea by my attorney Mr. Larry Victum and would like to withdraw my plea before facing a Judge. Mr. Victum advise me it was in my best interest to assist Mr. Kevin Odonald and I did to my best knowledge. During my five months of incarceration I did alot of research on Relevant Conduct and I found out what Relevant Conduct means. Based on what I know now, I am sure I made a Huge mistake on signing that plea. I still have not received the Discovery Package on my case and so I don't know what was said about me. My attorney advised me that my time in jail would not exceed one year and then Deportation. I am not guilty of the charges against me in North Carolina and should get the chance to face my accusers. Mr. Victum assured me that I would have been extradicted back to North Carolina by the August 1 1997 and I am still waiting. My life is at a stand still sitting here in the Allegheny County Jail awaiting your response. Please take a look at my case so that I can continue my life. Thanks in advance inmate number 70896 Allegheny County Jail.

Your Sincerely,