IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **2:00cr54** |
| ) | **Electronic Filing** |
| **DAVID MAIS** ) | |

## TRIAL ORDER

AND NOW, this 31st day of October, 2006,

IT IS ORDERED that jury selection and trial in the above case is hereby scheduled to commence before this member of the court on **Monday, November 13, 2006, at 9:30 a.m.**, in Courtroom No. 7A, 7th Floor, United States Post Office and Courthouse, Pittsburgh, PA 15219. **Defendant is required to be present**;

IT FURTHER IS ORDERED that any request for special voir dire which counsel intend to submit shall be filed no later than **November 6, 2006**. A motion for voir dire will not be accepted after that date and any request therein will be considered by the court to have been waived absent good cause shown for the untimely submission of the motion; and

IT FURTHER IS ORDERED that all points for charge shall be filed on or before **November 6, 2006**. Points for charge submitted after that date will be considered by the court to have been waived unless the moving party demonstrates that the need for the point could not have been anticipated on or before that date.

                                                    s/ David Stewart Cercone
                                                  David Stewart Cercone
                                                  United States District Judge

cc:    Gregory J. Nescott, AUSA
        John A. Knorr, Esquire
        United States Marshal's Office
        United States Probation Office
        Pretrial Services