```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA   )
                           )
    v.                      )    Criminal No. 00-54
                           )
DAVID MAIS                 )

### GOVERNMENT'S MOTION FOR A CONTINUANCE

AND NOW comes the United States of America, by its attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Gregory J. Nescott, Assistant United States Attorney for said District, and respectfully represents the following:

1. On October 30, 2006, the Court issued an Order denying the defendant's motion to dismiss, and disposed of his other pretrial motions.

2. On October 31, 2006, the Court scheduled jury selection and trial in the above-captioned case for November 13, 2006.

3. The government will not be prepared to commence trial at that time because government witnesses are housed in federal or state prisons outside of the Western District of Pennsylvania, and the U.S. Marshal requires four weeks notice to arrange for prisoners to be transported into this District from out of District.

4. Counsel for the defendant, John Knorr, has no objection to the granting of a continuance in the trial date.

WHEREFORE, the government respectfully requests that trial in this matter be continued from November 13, 2006, to a date to be set by the Court.

    Respectfully submitted

    MARY BETH BUCHANAN
    United States Attorney

s/ Gregory J. Nescott
    GREGORY J. NESCOTT
    Assistant U.S. Attorney
    PA 27331
    U.S. Attorney's Office
    U.S. Post Office & Courthouse
    700 Grant Street, Suite 400
    Pittsburgh, PA 15219
    Office: 412-644-3500
    Fax: 412-644-2645
    gregory.nescott@usdoj.gov