IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 00-54 |
| | ) | |
| DAVID MAIS | ) | |

<u>ORDER</u>

AND NOW, to wit, this _____ day of _____, 2006, upon consideration of the Motion for a Continuance, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED. The trial in this matter will be continued until _____.

The Court further finds that, pursuant to 18 U.S.C. § 3161(h)((3)(A), this continuance is excludable time, and pursuant to § 3161(h)(8)(A), the Court finds that the ends of justice served by any period of delay resulting from this continuance outweigh the best interest of the public and of the Defendant in a speedy trial.

_____
UNITED STATES DISTRICT JUDGE

cc:  U.S. Attorney