# United States District Court

### Western District of Pennsylvania

## NOTICE

UNITED STATES OF AMERICA
　　　　　　v.　　　　　　　　　　　　　　　**2:00cr54**
DAVID MAIS　　　　　　　　　　　　　　　**Electronic Filing**

TYPE OF CASE:
　　　　　　　　____ CIVIL　　XX　 CRIMINAL

__XX__ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Honorable David Stewart Cercone | **Courtroom No. 7A** |
| Suite 7270, U.S.P.O. and Courthouse | |
| 700 Grant Street | DATE AND TIME |
| Pittsburgh, PA  15219 | **Monday, January 8, 2007 at 9:30 a.m.** |

TYPE OF PROCEEDING

## HEARING ON CHANGE OF PLEA

_____ TAKE NOTICE that the proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| Honorable David Stewart Cercone | | |
| Suite 7270, U.S.P.O. and Courthouse | | |
| 700 Grant Street | | |
| Pittsburgh, PA  15219 | | |

　　　　　　　　　　　　　　　　　　　　　Robert V. Barth, Jr.
　　　　　　　　　　　　　　　　　　　　　Clerk of Court

DATE:　January 5, 2007

　　　　　　　　　　　　　　　　　　　　　s/ Nancy J. Trapani
　　　　　　　　　　　　　　　　　　　　　(BY) Deputy Clerk

cc:　　Gregory J. Nescott, AUSA
　　　　John A. Knorr, Esquire
　　　　United States Probation Office
　　　　United States Marshal's Office
　　　　Pretrial Services