# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **2:00cr54** |
| | ) | **Electronic Filing** |
| DAVID MAIS | ) | |

## CHANGE OF PLEA HEARING
### Before Judge David Stewart Cercone

| | |
|---|---|
| Appear for Government: | Gregory J. Nescott, AUSA |
| Appear for Defendant: | John A. Knorr, Esquire |
| Hearing date: | January 8, 2007 |
| Hearing begun: | 9:30 a.m. |
| Hearing concluded: | 10:15 a.m. |
| Stenographer: | Karen Earley |
| Clerk/Deputy Clerk: | Nancy J. Trapani |

REMARKS:   Defendant sworn. Defendant found competent. Plea agreement admitted as Government Exhibit #1 and made part of the record. Court finds factual basis to accept change of plea and the same is accepted by the court. Defendant knowingly and voluntarily enters change of plea to GUILTY as to Count 1, which is made part of the record. Presentence report ordered. Sentence set for 4/5/07 at 1:30 p.m.