IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs )<br>)<br>DAVID MAIS ) | **2:00cr54**<br>**Electronic Filing** |

CHANGE OF PLEA

AND NOW, this 8th day of January, 2007, the defendant, DAVID MAIS, in the above entitled case hereby withdraws his plea of not guilty entered on June 26, 2006, and now pleads guilty in open court to Count One.

_____
(Defendant's Signature)

_____
(Attorney for Defendant)