# United States District Court
### Western District of Pennsylvania

## NOTICE

UNITED STATES OF AMERICA
                v.                                         2:00cr54
DAVID MAIS                                           Electronic Filing

---

TYPE OF CASE:

    ____ CIVIL    XX CRIMINAL

---

__XX__ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Honorable David Stewart Cercone<br>Suite 7270, U.S.P.O. and Courthouse<br>700 Grant Street<br>Pittsburgh, PA 15219 | Courtroom No. 7A |
| | DATE AND TIME<br>Thursday, April 5, 2007 at 1:30 p.m. |

TYPE OF PROCEEDING

## HEARING ON SENTENCE

---

_____ TAKE NOTICE that the proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME<br>PREVIOUSLY SCHEDULED | RESCHEDULED TO<br>DATE AND TIME |
|---|---|---|
| Honorable David Stewart Cercone<br>Suite 7270, U.S.P.O. and Courthouse<br>700 Grant Street<br>Pittsburgh, PA 15219 | | |

                                                                Robert V. Barth, Jr.
                                                                Clerk of Court

DATE:   January 8, 2007

                                                               s/ Nancy J. Trapani
                                                                (BY) Deputy Clerk

cc:   Gregory J. Nescott, AUSA
      John A. Knorr, Esquire
      United States Probation Office
      United States Marshal's Office
      Pretrial Services