# United States District Court
### Western District of Pennsylvania

## NOTICE
## RESCHEDULING HEARING TIME

UNITED STATES OF AMERICA

            v.            **2:00cr54**

DAVID MAIS            **Electronic Filing**

TYPE OF CASE: _____ CIVIL  __XX__ CRIMINAL

_____ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Honorable David Stewart Cercone | **Courtroom No. 7A** |
| Suite 7270, U.S.P.O. and Courthouse | |
| 700 Grant Street | DATE AND TIME |
| Pittsburgh, PA  15219 | |

TYPE OF PROCEEDING

## HEARING ON SENTENCE

__XX__ TAKE NOTICE that the proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| Honorable David Stewart Cercone | | |
| Suite 7270, U.S.P.O. and Courthouse | Thursday, April 5, 2007 | Thursday, April 5, 2007 |
| 700 Grant Street | at 1:30 p.m. | **AT 11:30 A.M.** |
| Pittsburgh, PA  15219 | | |

                              Robert V. Barth, Jr.
                              Clerk of Court

DATE: March 8, 2007

                              s/ Nancy J. Trapani
                              (BY) Deputy Clerk

cc:    Gregory J. Nescott, AUSA
       John A. Knorr, Esquire
       United States Probation Office
       United States Marshal's Office
       Pretrial Services