# United States District Court
### Western District of Pennsylvania

## NOTICE
## RESCHEDULING HEARING

UNITED STATES OF AMERICA

           v.                     **2:00cr54**

DAVID MAIS                  **Electronic Filing**

TYPE OF CASE:        \_\_\_\_ CIVIL    XX   CRIMINAL

\_\_\_\_\_ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Honorable David Stewart Cercone<br>Suite 7270, U.S.P.O. and Courthouse<br>700 Grant Street<br>Pittsburgh, PA  15219 | **Courtroom No. 7A**<br><br>DATE AND TIME |

TYPE OF PROCEEDING

## HEARING ON SENTENCE

**XX** TAKE NOTICE that the proceeding in this case has been rescheduled as indicated below (AT REQUEST OF COUNSEL):

| PLACE | DATE AND TIME<br>PREVIOUSLY SCHEDULED | RESCHEDULED TO<br>DATE AND TIME |
|---|---|---|
| Honorable David Stewart Cercone<br>Suite 7270, U.S.P.O. and Courthouse<br>700 Grant Street<br>Pittsburgh, PA  15219 | Thursday, April 5, 2007<br>at 11:30 a.m. | **Monday, April 16, 2007**<br>**at 2:00 p.m.** |

                                         Robert V. Barth, Jr.
                                         Clerk of Court

DATE:   March 8, 2007

                                         s/ Nancy J. Trapani
                                         (BY) Deputy Clerk

cc:    Gregory J. Nescott, AUSA
        John A. Knorr, Esquire
        United States Probation Office
        United States Marshal's Office
        Pretrial Services