IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 00-54 |
| | ) | |
| DAVID MAIS | ) | |

GOVERNMENT'S POSITION REGARDING
<u>PRESENTENCE INVESTIGATION REPORT</u>

AND NOW comes the United States of America, by its attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Gregory J. Nescott, Assistant United States Attorney for said district, and files the following Position Regarding Presentence Investigation Report (PIR) in the above-captioned case.

1. Counsel for the government has conferred with opposing counsel and the United States Probation Office in a good-faith effort to resolve any disputed matters.

2. The government has no additions, corrections, or objections to the PIR.

Respectfully submitted

MARY BETH BUCHANAN
United States Attorney

s/ <u>Gregory J. Nescott</u>
GREGORY J. NESCOTT
Assistant U.S. Attorney
PA 27331
U.S. Attorney's Office
U.S. Post Office & Courthouse
700 Grant Street, Suite 400
Pittsburgh, PA 15219
Office: 412-644-3500
Fax: 412-644-2645
gregory.nescott@usdoj.gov