David Mais 70896
Allegheny County Jail
950 Second Ave.
Pgh. P.A. 15219

Honorable David Cercone
C/O Attorney John Knorr
1204 Frick Building
437 Grant St.
Pgh. P.A. 15219.

Dear Your Honor David Cercone,

I'm up for sentencing before you April 5th and I just wanted you to know a little about me before sentencing. First of all, I'm very remorseful for what I've done and I've already apologies to Asst. U.S. Attorney Gregory Nescott and now I want to apologize to the courts. I was incarcerated on March 6 1997 and sentenced to 41 months in North Carolina. During my incarceration at U.S.P. Elton Ohio I signed up for my ged but before I completed the course I was sent to Oakdale for deportation. The Government deported me in March 2000 and the Immigration Judge told me I wasn't allowed back in the United States or else I would be charged for re-entry. At the time I was deported I had two kids here in Pittsburgh and because of my stupid choices I was forced to leave my family. During the six years since I've been deported I've taken the time to go back to school and I now hold a associate degree in Accounts. I'm also a member of the Lion's Club of Montego Bay and the coach of Westgreen Boys under sixteen soccer team. I also have two sons to whom I try to be the best role model to. My kids here in Pittsburgh see me once per year and I made a promise to my kids, my family, my fiance and myself to live a positive life.

Your Honor there are things in my life that I'm ashamed of and the last Six years have been my most productive and positive. Whenever you're deported from a another country it is very embarrassing and it takes a while to get your life in order. I'm now a very productive member of my Community and a very good role model to the kids there to show that if given a chance anyone could be positive. All I'm asking for is a chance to continue being positive and to be with my family as I'm the main provider for my family. If given a chance I promise not to disappoint you. Thanks in Advance.

**BEST CARE CAR SALES & ACCESSORIES**
**BOGUE MAIN RD.**
**MONTEGO BAY, JAMAICA**
**TEL. (876) - 886 - 7976**

January 26, 2007

To Whom It May Concern

This is in regards to Mr. David Mais he has been employed to this company for the past five years. During this time he was promoted to sales manager he is a very dedicated and hard working employee.

I started this company in 1996 as a detailing shop and when Mr. Mais came to work for me he gave me the idea of using the internet to source used cars from Japan, now we are in the used car business. David was very honest as he told me he was deported from the United States. In Jamaica deportees as they are called are looked on very negatively and employers refuse to hire them. He has not let this company down he has helped it become very successful. David went back to school in 2003 trying to attain an accounting degree and this is very admirable.

As the owner of this business I have nothing but respect for David and how he as turned his life around for the better. We are not the same company without David here as the manager, he is loved and adored by the staff and customers. I would like to expand to renting cars which is another one of David's idea.

Any courtesies you could extend in getting him back home to us as soon as possible would be greatly appreciated.

If you have any questions please feel free to call or write me at the address above.

Thank In Advance.

Regards,

Howard Allen

*[signature]*

Aquamarine Drive
Bogue Village
Montego Bay
Jamaica

To Whom It May Concern:

    My name is Tamara Mais, the youngest of three children for Edna Mais. David is the eldest followed by Judith then me. Growing up David and I were very close, he was my mentor everything he did our said was Gospel. Everywhere David went I wanted to go everything he did I wanted to do. My mother called us "Tom and Jerry". We grew without our father, and mom was our and mother and father. David usually complains about being the only man in the house, so he decided to take charge.
    Mom was the provider for the family she did her very best and made sure we always had food, had a shelter, clothing and went to school to get a good education. While in high school David entire class was expelled so a decision was made for him to spend time with our cousin in Pittsburgh. While in Pittsburgh
    David was doing well until he got with the wrong crowd and was locked up. He served about 3years. For those years time seemed to stand still because our family is very close. Our sister was to get married and put it on hold because she said it would not be the same without him. We were ecstatic when we hear he was coming home.
    David came home; he decided to make a change in his life. He went and got a 9-5pm job, got involved in the community and his extra curricular was football. He was doing well and everyone was pleased.
    He is the proud father of four children. The eldest Danielle she will be 16years next month, she was recently told because we knew she would be devastated, which she was. Daunted and David Jr. and not told. Dominic is the youngest he is 19months and it

breaks David's heart that he is missed his first birthday and that Dominic would not know him when he sees him again. Nicky is the mom of the youngest child and his fiancé and their lives are on hold due to this unfortunate situation.

David is a well- respected, easy going, kind and liked by pretty much all who knew him. He needs not be there, he needs to come home to his family and friends and continue on the path where he left off.

The question I want to ask is why now? Is it that they forgot about this case? Isn't it their fault? They sent him home and he did not go back to the USA. Please send him home he has done enough time incarcerated. For the entire family we think he is has done his time one and it seems like dejavue.

Regards,

*Mais*
Tamara Mais

# Lions Club Of St. James
## Lionistic Year 2006 - 2007
### President :- Thora Palmer

Secretary :- Barbara Singh                      Treasurer :- Lola McNab

**Directors**
Past President
EdnaMais

1 V.P.
Janet Ferguson

2 V.P.
Sharon Piggott

3 V.P.
Pauline Allen

**1 Year Directors**
Margaret Rowe
Hope Slack

**2 Year Directors**
Ruth Lawrence
Rose Brown

**Tail Twister**
Lyn Martin

**Tamer**
Cynthia Brooks

**Membership**
Grace Grandison

February 5th, 2007

467 Bouganvilla Drive,
Ironshore,
Montego Bay,
Jamaica.

To Whom It May Concern

I am writing this letter regarding David Mais whose family I have known for the past 20years. After returning from Canada I met his mother while attending a Lion's function.

Mrs. Mais is a very decent and hard working person who takes care of her two daughters (Judith & Tamara) and her son David. A few years ago she told me that her son had some problems in the USA. I had not seen him for sometime and she advised me he had been incarcerated.

I saw David a few years later at a Lions project with his mom. From that day I saw that he was more involved with community activies. As the president of the Lion Club of St. James I see that he has potential in our service organization I was told by David that he is involved in the Westgreen Citizen Association and is doing extremely well with the young people. I had all intention to invite David to be apart of our club so that he could assist with our youth club only to be told that he is in the US facing criminal charges.

David was awarded twice for outstanding contribution to the community by our club for the work that he did with the youth in West green...

We were extremely disappointed when we heard what had happened last year this is an unfortunate situation for such a dynamic person it is not often when you see a young person that had made a mistake turn their life around.

The members and directors of this club are asking for his speedy release as the community really misses him. Thank you in advance.

Regards,

*Thora Palmer*

Thora Palmer (President)

Hello, my name is Danielle Mais I am the only daughter of the four children that belong to David Mais. I don't look at him a just my dad. He is my Father, Friend and the closest man to my heart. My dad means the world to me and this situation is breaking my heart. I only get to see my dad for at least two months out of twelve. I used to visit my dad every summer. Now I visit him in jail but its not the same, at least when I saw him for those two months I spent time with him and made up for the ten months that we don't see each other. It really hurts me to know that my father has three young boys growing up and he is missing out on their life. My little brothers David age nine, Daunte age five, and Dominic age one are all at the time in their life when they need their father to teach them right from wrong, and let them know that he will be there for them when ever they need him. My dad means the world to me and with out him I would be incomplete. I understand he has done bad things and he has to pay for the bad things he's done, but I believe and continue to tell him everyone makes mistakes, and this is a mistake that when this is all over we can leave in the past and never look back on. Although he has done bad things in the past he still has owned up to being the Best father. Everyone that knows my dad knows that he is the kindest man anyone could meet. He's loving, giving and what ever he has he makes sure anyone in need receives. I shed so many tears because my heart is full of so much pain. I'm trying to be strong but every time I think about the situation I think why, I just want this whole thing to be over and forgotten. I know my dad hates being away from his children and me being away from my dad is tearing me apart. I've wanted and prayed for so many things in life, but never have I needed something this bad, to have my father back home. My sixteenth birthday just passed and this was the worst birthday I've ever had. I tried my best to cover it up and look happy, but only I knew without my dad this was not the super sweet sixteen, I had always dreamed of. Since I was a little girl my dad and I have been talking about my super sweet sixteen. I've always wished he'd show up in Pittsburgh to surprise me. I guess I got that wish he's in Pittsburgh but this is not how I planned it to be. My dad makes my bad days good; when I'm down he makes me feel special. Hearing his voice brings a glow to my round eyes. He provides me with the confidence to know I can achieve and succeed in anything I want to accomplish in life. As a young lady I am going to go through many changes, making important decisions. My dad keeps my head high and he lets me know that I shouldn't ruin my life and fail making bad choices. I am the true definition of Daddy's Little Girl. When I write songs I think about my dad, and how bad this is hurting me. My voice helps me express my feelings. Knowing that my dad would put his life on the line to make life best for his children allows me to feel lucky. Most kids don't have what I have a loving father and mother who care; this is why I'm so grateful. Without him I feel like I'm missing a big part of my life. When I get home I know that the whole in my heart will be repaired. This was the worst thing that could ever happen to me, so please think about what his family is going through and how bad he is needed. I love him with all my heart, and no matter what he will always be the BEST father a child could ever have.

Thank you for your time,

Danielle Mais

# West Green Citizens Association
12 Beverly Rd, West Green
Montego Bay, Jamaica W.I.
876-429-4939
'Citizens Protecting Their Citizenship'

January 29, 2007

To Whom It May Concern

My name is Linda Williams and I am the president of the West Green Citizens Association. I have known David for 33 years. His family has been living at this same address for the past 33 years and I have watched David grow from a child to an adult. He was a very intelligent kid and also very mannerly. His dad was never at home as he worked overseas on a cruise ship.

As with most adolescents, while growing up David started acting out. His mother tried her best to keep him on track because she knew he was very smart, as a result she sent him to Pittsburgh where she felt he would gain the necessary exposure for a better life by attending school in a more developed environment.

I saw David again in March 2000 and this time he seemed to be a different person. He asked what he could do to pay back to his community and I smiled and told him to join the Citizen's Association and he has been a member ever since. He is the coach of the youth soccer team and also a counselor for the young people in our neighborhood.

We were all shocked to hear that David was incarcerated, especially the youths who were under his direct care. His family explained what happened so we are behind him 100%.

It would be good to have David back to us as soon as possible because he is very important to our community.

Thank You in Advance

*L. Williams*

Linda Williams
President

*N.N.S. Powell*
*P.O. Box 1542*
*Montego Bay*
*St James*
*Jamaica*

02 February 2007

Dear Sirs

I met David at the local community fun day back in 2002. He was coordinating the local soccer competition for youths participating in the fun day. He was obviously passionate about ensuring that all details were taken care of and I was impressed with his ease of interaction with the children. After initial introductions, we developed a relationship.

The relationship bore a Son, Dominic, who is 18 months at the time of writing. Dominic was only 9 months when this unfortunate incident happened to his father. The pain of seeing my Son growing up without a father has been unbearable.

David and I got engaged and were supposed to be married this past December, 2006. My worst fear of being a single parent has been realized since David has been gone. I made the commitment to our relationship because I saw David as an individual who has worked hard to ensure success in life through honest work and dedication to his family.

Needless to say the void that has been left by David is irreplaceable in both financial and emotional terms as I struggle to make ends meet while tending to my Son's emotional well being. I am also deeply saddened at the prospect of being a statistic- single black mother with the father incarcerated. I have tried to live my life with a direct goal of avoiding this stigma. I have gone to college and earned a BSc. in Management and am presently preparing to sit the Certified Professional Accountant (CPA) examinations this year 07.

I would greatly appreciate any kind considerations given to David's case on mine and my Son's behalf.

Thank you for the opportunity to have my voice heard.

*[signature]*
N. Powell

6 Car Hampton Place,
Coral Gardens,
Montero Bay,
Jamaica.

To whom it may concern

I am Edna Mais the mother of David Mais he is my oldest child of three with two sisters. Growing up he was very protective of us. He thought he needed to be the man of the family as his dad was never around. His dad worked on the cruise ship and he had another relationship with children outside of the marriage. He had never provided properly for us and David was very hurt even more than the girls. When he saw his friends with their dads David was very sad I saw his pain and tried my best to comfort him however a mother cannot take the place of a father where a boy is concerned.

My jobs took me away from home very early in the mornings and sometimes return late at nights as I worked in a different parish. This broke my heart as I had to leave my children with a baby sitter. I never saw my kids in the mornings and only saw them for a short time at nights. At this time I was a single mom with 3 children and had only one income.

David wanted to show his dad that he could be a man without his help but he went about it the wrong way. David got in trouble in the USA and did his time and was deported to Jamaica. Our entire family stood still for years waiting patiently for his return as we are a very close knitted family myself and my three children. It is just so sad that we all have to relive this nightmare all over again.

David has been home for six years living at the same address for the past 30years. Why are they saying that he is a fugitive? Why did they release him knowing he had a case pending? Why did they wait so long after all the wound healed? Why did they not come to Jamaica for him or send for him if he was wanted? He was never in hiding and it hurts I often cry because what he did years ago is long gone. I cannot say he was innocent but he has already been punished for the crime they say he had committed. This is like paying twice not just for him only but for his family and friends. I hope you can understand how I feel as a single mother going through this and trying to keep the family together. His sisters and fiancé Nicky are devastated. I can say when your child gets in trouble it is hard on the entire family and causes a lot of problems, it puts a strain on the family. I am so concerned about the children he has a 15year old daughter that will be sixteen in a couple of weeks. She cried so hard she got sick he just told her two months ago we were trying so hard to keep it from her as we thought it was a misunderstanding and he would have been home already. The younger kids have not been told as I am scared of their reaction. He has never been a disrespectful child. He has never been in trouble with the law in Jamaica.

David has completely turned his life around. He had started putting his life back together he is engaged to be married with a young baby 19months Dominic has not seen his father for 12months of his life. David has a good job and well loved by all the staff as he plays an active role in the company. David has been involved with The Westgreen Citizen Association and he has been doing very well with the young children in the neighborhood. He even helps me with my projects. And he is community orientated. It is just so sad that we all have to relive this nightmare all over again.

 I am the Past President of the Lions Club and people really do look up to me as a role model  sometimes I am just afraid to go out as I am tried of explaining the situation over and over again. I have been so depressed since this problem I am now on medication it has taken a toll on my once active lifestyle we have kept this as a secret from David as he worries about me a lot. I asking you please to send him home to his family as he is greatly missed and he has already paid the price over ten years ago. I thank you for taking the time to read this letter.


Regards,

*Edna Mais*
Edna Mais