# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | 2:00cr54 |
| ) | Electronic Filing |
| DAVID MAIS ) | |

## SENTENCING HEARING
### Before Judge David Stewart Cercone

| | |
|---|---|
| Appear for Government: | Gregory J. Nescott, AUSA |
| Appear for Defendant: | John A. Knorr, Esquire |
| Hearing date: | April 16, 2007 |
| Hearing begun: | 2:00 p.m. |
| Hearing concluded: | 2:35 p.m. |
| Stenographer: | Rick Ford |
| Clerk/Deputy Clerk: | Nancy J. Trapani |

REMARKS:   Court adopts the relevant sentencing factors in the presentence report as the court's final findings. Witness for defendant - his daughter, Danielle Mais. Court finds it is appropriate for departure from guidelines under unique circumstances of this case. Defendant sentenced - judgment order to follow. Defendant advised of appellate rights. Counts 2 through 14 dismissed on government's motion.