IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

United States of America )
)
vs. ) Criminal Number 00-54
)
DAVIC MAIS )

The above named defendant satisfied the judgment of APRIL 16, 2007 by paying on MARCH 03, 2008 the full balance due on his/her court ordered:

    __X__ Assessment
    _____ Fine
    _____ Costs
    _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  3/27/08
Deputy Clerk                Date

U S DISTRICT COURT
CLERK
2008 MAR 27 PM 9: 17